```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 15156
   AUDREY ANNE MALKOWSKI
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4688

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/16/2004 and was confirmed 06/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   62.08%.

     The case was paid in full 08/24/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED          720.02           .00         446.99
CROSS COUNTRY BANK         UNSECURED       NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED          321.07           .00         199.32
RESURGENT CAPITAL SERVIC   UNSECURED         1506.34           .00         935.14
ECAST SETTLEMENT CORP      UNSECURED          658.97           .00         409.09
ACCOUNTS RECEIVABLE SERV   UNSECURED         5743.10           .00        3565.61
STEVEN J FINK & ASSOCS     NOTICE ONLY     NOT FILED           .00            .00
PS PHYSICIANS              UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED OTH     1358.34           .00         843.22
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                          500.70
DEBTOR REFUND              REFUND                                           160.09

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              9,760.16

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                 6,399.37
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                        500.70
DEBTOR REFUND                               160.09
                    ---------------      ---------------
TOTALS               9,760.16             9,760.16
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 15156 AUDREY ANNE MALKOWSKI

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE